# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| William Krieger,<br>             Plaintiff<br><br>v.<br><br><br>Bank of America, N.A.,<br>             Defendant | Docket No. 4:16-cv-830-MWB<br>(JUDGE MATTHEW W. BRANN)<br><br><br><br><br><br>ELECTRONICALLY FILED |

## EXHIBITS TABLE OF CONTENTS

A- Billing Statement for the Period of June 19, 2015 Through July 18, 2015

B- Letters Confirming July 29, 2015 Phone Call

C- Billing Statement for the Period of July 19, 2015 Through August 18, 2015

D- September 11, 2015 Letter from Defendant

E- Billing Statement for the Period of August 19, 2015

F- Notice of Billing Error and Corresponding Mail Receipts

G- Defendant's Acknowledgment of Receipt of Billing Error Notice

H- Letter from Defendant to Plaintiff with Results of Investigation