# Exhibit G

**(Defendant's Acknowledgment of Receipt of Billing Error Notice)**





www.bankofamerica.com

LL 1007    366 112         08022 #801 MB 0.439
WILLIAM J KRIEGER
147 W BARTON AVE
ELYSBURG PA 17824-9621

October 03, 2015

Account number ending in: 2984

William J Krieger:

We've received your recent inquiry regarding the account listed above. We're researching your dispute(s) and will respond to you within 30 calendar days.

If you have any questions, please call us at 1.800.634.2927, Monday through Thursday 8 a.m. to 9 p.m. and Friday from 8 a.m. to 7 p.m. Eastern. We appreciate the opportunity to serve you and your financial needs.

Credit Claims Department