# Exhibit H

**(Letter from Defendant to Plaintiff with Results of Investigation)**



www.bankofamerica.com

```
LL 1014     692 000      00283 #@01 SP 0.000
WILLIAM J KRIEGER
147 W BARTON AVE
ELYSBURG PA 17824-9621
```

October 09, 2015

Account number ending in: 0597
Case number: 71562726

William J Krieger:

We've re-examined your recent inquiry of the $657.00 charge(s) from WESTERN UNION, and regrettably, we're unable to obtain credit(s) to your account.

What you need to know

We're unable to assist you further with your inquiry for the following reason(s):

- The information provided by the merchant matches the home address, phone number, or email address we have listed on your account.

If we previously issued credit(s) to your account, the charge(s) will be rebilled and will appear on your monthly statement. At this time, we consider your dispute(s) resolved and the balance is owed in accordance with your Credit Card Agreement. Please continue to make the required payments on the remaining balance, if any, in order to avoid any related charges.

**Questions?**

If you have any questions, please call us at 1.855.371.0528, Monday through Thursday 8 a.m. to 9 p.m. and Friday from 8 a.m. to 7 p.m. Eastern. We appreciate the opportunity to serve you and your financial needs.

Credit Claims Department

Enclosure

08/11/2015 11:34 PM    Fax Services    → 18778882034    16



12500 East Belford Avenue  
Englewood, CO  80112

**8/10/15**

## Western Union Chargeback Response

| Case ID: 1022851238 | Transaction Id: 7293933763 |
|---|---|
| **Chargeback Amount:** $657 | |
| **Reason:** VISA83 (Fraudulent Transaction - Card Absent Environment) | |

Western Union proposes that this is a legitimate transaction and is therefore refuting this chargeback.

This information was provided by the cardholder to Western Union:

### Original Transaction:

| Transaction Date: 6/27/2015 11:30:49 AM | Order ID: 1517887685190231 |
|---|---|
| **Sender Name:** WILLIAM KRIEGER | |
| Address: 147 W BARTON AVE, ELYSBURG, PA, US, 17824 | |
| **Email Address:** ████████████████ | |
| **Phone #:** 0 | **IP Address:** ████████ |
| **Payment Method:** VISA | **Credit Card** ████████XX0597 |
| **Auth Code:** 83 | **CVV:** NULL  **AVS:** NULL |
| **Principal Amount:** $657 | **Fee Amount:** $0 |
| **Total Amount:** $657 | **Transaction Type:** WEB CC - Westernunion.com |

### Payout Information:

| Receiver Name: AMIT RAJAK | |
|---|---|
| Payout City: MUMBAI | Payout Country: IN |
| Payout Amount: $657 | |

Western Union is a money transfer service and does not sell any goods or other services. Prior to the completion of this transaction, the cardholder/sender of the money transfer explicitly agreed to Western Union's Terms & Conditions upon submitting the transaction. The cardholder/sender agreed that Western Union does not accept any responsibility for the goods or services which they paid for by using the Western Union Online Service.

Western Union has provided compelling evidence for this transaction and is requesting a reversal of this chargeback.

If the customer continues with this dispute they may be held liable and collection activities will proceed.

If you have any questions or need additional information, feel free to contact us.

Sincerely,

Western Union Online Payments  
Phone Number: 1 (855) 360-3650