# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| William Krieger, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 4:16-CV-00830 |
| | : | |
| v. | : | Matthew W. Brann |
| | : | United States District Judge |
| Bank of America, N.A., | : | |
| | : | |
| Defendant. | : | |

## BANK OF AMERICA, N.A.'S MOTION TO DISMISS
## PLAINTIFF'S AMENDED COMPLAINT

Bank of America, N.A. ("Bank of America" or "Defendant") respectfully moves this Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the Amended Complaint of Plaintiff William Krieger ("Plaintiff") with prejudice for the reasons set forth in the accompanying Memorandum of Law.

Respectfully Submitted,

  s/Robert E. Warring
Robert E. Warring
Attorney I.D. No. 209326
REED SMITH LLP
Three Logan Square
1717 Arch Street
Philadelphia, PA  19103
215-851-8100

*Attorneys for Defendant*
*Bank of America, N.A.*

Dated:  June 20, 2016

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of June, 2016, I caused a true and correct copy of the foregoing Motion to Dismiss Plaintiff's Amended Complaint to be served via ECF upon the following:

Brett Freeman, Esquire
Sabatini Law Firm, LLC
216 N. Blakely Street
Dunmore, PA 18512


  s/Robert E. Warring
Robert E. Warring