# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM KRIEGER, | : | Case No. 4:16-CV-00830 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| BANK OF AMERICA, N.A., | : | |
| Defendant. | : | |

## ORDER

January 17, 2017

**AND NOW**, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED THAT**:

1. Defendant Bank of America, N.A.'s Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 10) is **GRANTED**.

2. Counts I and II of Plaintiff's Complaint are dismissed with prejudice.

3. The Court declines to exercise supplemental jurisdiction over Count III of Plaintiff's complaint, without prejudice to Plaintiff re-filing this state-law claim in state court.

4. The Clerk is directed to close the case.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge